IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER ROY KOCH,

Plaintiff,

v.

NURSE DEBROHA, *et al.*,

Defendants.

Case No. 20-cv-700 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/3/2023**         **MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**